UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

16 SEP -6 PM 4: 16

OLOYEA D. WALLIN

Petitioner - Appellant,

v.

MICHAEL MILLER,
COLORADO ATTORNEY
GENERAL

Respondent - Appellee.

Case No. 15-1299 (D.C. No. 14-CV-01968-MSK)

Appellant's Motion for extension of time to file Petition for Panel Rehearing and Rehearing in Banc

Form COA-12

Page i

# APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

1. Time for Filing Petition for Rehearing and Rehearing en banc

Appellant states that the filing of this Petition for Rehearing and Rehearing En Banc is timely. This Federal Appeals Court for the Tenth Circuit issued the Order and Judgment in this action on August 18, 2016. The Order and Judgment was mailed to the pro se appellant through U.S. Mail. Accordingly, the appellant is provided 3 extra days (pursuant to Fed.App. Rule 26(c)) along with the statutory 14 days (pursuant to Fed.App. Rule 40(a)(1)).
This Petition for Panel Rehearing is timely.

2. Appellant is requesting 30 days to construct petition for rehearing. The extension is for good cause as appellant is seeking help from an attorney because of the complex legal issues of state law and Federal law.

3. Appellant is still experiencing harm from the parole sentence and needs to adequately and, with legal help, state this to this Federal Appeal Court.

_____  _____
Signature                 9/3/16
                          Date

## FILL OUT AND SIGN EACH OF THE FOLLOWING TWO SECTIONS

========== ============================ ============================

I affirm under the penalty for perjury that I placed this Appellant's Petition for Rehearing and Rehearing en Banc with first-class postage prepaid, in the United States Mail, addressed to the Clerk of the U.S. Court of Appeals for the Tenth Circuit, 1823 Stout St., Denver, CO 80257. In addition, I hereby certify that a copy of this form was placed with first-class postage prepaid in the United States Mail, addressed to:

The Colorado Attorney General Office, John J. Fuerst, III, 1300 Broadway, 9th floor, Denver, Colorado 80203, on the following date:

| 9 | 3 | 2016 | _signature_ |
|---|---|------|-------------|
| month | day | year | signature |

I certify that the total number of pages I am submitting as my Appellant's Petition for Panel Rehearing and Rehearing En Banc is 15 pages or less.

| 9 | 3 | 2016 | _signature_ |
|---|---|------|-------------|
| month | day | year | signature |